PD-0263-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/10/2015 4:27:02 PM
Accepted 3/11/2015 10:40:26 AM
ABEL ACOSTA
CLERK

NO. _____

## IN THE TEXAS COURT OF CRIMINAL APPEALS

## DETRA PHILLIPS WEBSTER
*Appellant*

**v.**

## THE STATE OF TEXAS
*Appellee*

FROM THE FIFTH COURT OF APPEALS
CAUSE NO.05-12-00854-CR

ON APPEAL FROM THE 204TH JUDICIAL DISTRICT COURT
DALLAS COUNTY, TEXAS
TRIAL COURT NO.  F10-60721-Q
THE HONORABLE SUSAN HAWK PRESIDING

**APPELLANT'S MOTION FOR EXTENSION
OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW**

FILED IN
COURT OF CRIMINAL APPEALS

March 11, 2015

ABEL ACOSTA, CLERK

BRUCE ANTON
State Bar No. 01274700
ba@sualaw.com

SORRELS, UDASHEN & ANTON
2311 Cedar Springs, Suite 250
Dallas, Texas 75201
(214) 468-8100 (office)
(214) 468-8104 (fax)

1

COMES NOW, DETRA PHILLIPS WEBSTER, Appellant herein, and moves this court to issue an extension of time to file his petition for discretionary review, and in support thereof would show the court as follows:

I.

The opinion of the Fifth Court of Appeals in cause no. 05-12-00854-CR, affirming the conviction, was rendered on December 8, 2014.

II.

The number and style of the case in the District Court is No. F10-60721-Q, *State of Texas v. Detra Phillips Webster.*

III.

Appellant was convicted of aggravated assault with a deadly weapon and sentenced to ten years' imprisonment.

IV.

The present deadline for filing the petition for discretionary review is March 10, 2015.

V.

No extensions of time to file the brief were previously requested.

VI.

The reason for this request is that during the last few weeks counsel has been working on the following:

1.     Petition for Discretionary Review in *Katrina Martinez-Hernandez v. State of Texas,* in the Court of Criminal Appeals.

2.     Appellant's Brief in *Tommy Vincent Jetton v. State of Texas*, case no. 11-14-00264-CR in the Eleventh Court of Appeals of Texas.

3.     Objections to the Report and Recommendation of the United States Magistrate Judge in *James Leslie Kesman v. State of Texas*, case no. 1:11-CV-504 in the United States District Court for the Eastern District of Texas, Beaumont Division.

WHEREFORE, PREMISES CONSIDERED, Appellant requests this court to grant an extension of time to file his brief until April 10, 2015.

RESPECTFULLY SUBMITTED,


  /s/ BruceAnton
**BRUCE ANTON**
Texas State Bar No. 01274700

SORRELS, UDASHEN & ANTON
2311 Cedar Springs #250
Dallas, Texas 75201
(214) 468-8100
(214) 468-8104 (fax)
ba@sualaw.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above entitled motion for extension of time to file brief  was delivered via regular mail to the District Attorney's Office of Dallas County, Appellate Division, Frank Crowley Courts Building, 133 North Industrial Blvd., Dallas, Texas 75207 and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this 10th day of March, 2015.

/s/ Bruce Anton
BRUCE ANTON